PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KONG PENG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01859-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S LETTER BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's letter brief dated June 27, 2016.  This is the first continuance sought by Defendant.  The current due date is August 1, 2016.  The new due date will be August 31, 2016.

There is good cause for this request.  Defendant is seeking this extension to further explore the possibility of voluntary remand.  Defendant seeks additional time for the client to review the case and make a determination regarding settlement.  The review process is a multi-step, multi-component process including the Appeals Council, which gets a high volume of requests, and could take an additional three weeks.

1   In addition, Defendant, through her counsel, made diligent efforts to prepare her response
2   to Plaintiff's letter brief timely.  However, due to Defendant's counsel pre-approved leave and a
3   crowded briefing schedule in her district court and Equal Employment Opportunity Commission
4   (EEOC) cases in the last month, she was not able to make the request for extension until today
5   and apologizes for the inconvenience.
6   Defendant requests additional time of 30 days for Defendant to fully review the
7   administrative record and research the issues presented by Plaintiff's letter brief and consider
8   settlement, or to continue litigating the case should the parties decide to not settle.
9   This request is made in good faith with no intention to unduly delay the proceedings.
10  The parties further stipulate that the Court's Scheduling Order shall be modified
11  accordingly.

Respectfully submitted,

Date: August 1, 2016        PEÑA & BROMBERG, ATTORNEYS AT LAW

*s/ Leo Robert for Jonathan O. Peña by C.Chen\**
(As authorized by e-mail on 8/1/2016)
JONATHAN O. PEÑA
Attorneys for Plaintiff

Date: August 1, 2016        PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

///
///

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until August 31, 2016, in which to file a response to Plaintiff's confidential letter brief; and that all other deadlines set forth in the December 11, 2015 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 2, 2016**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE