1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CAROLYN B. CHEN, CSBN 256628
4  Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8956
       Facsimile: (415) 744-0134
7      E-Mail: Carolyn.Chen@ssa.gov
8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KONG PENG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01859-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's motion for summary judgment. The current due date is October 31, 2016. The new due date will be December 15, 2016.

    There is good cause for this request. Defendant is seeking this extension due to an emergency and workload issues. Defendant's counsel had a medical emergency on Monday, October 24, 2016, and had and will continue to take some leave.

    Defendant is requesting additional time up to and including December 15, 2016, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                 Respectfully submitted,

Date: October 31, 2016       PENA & BROMBERG, ATTORNEYS AT LAW

                 *s/ Jonathan O. Pena by C.Chen\**
                 (As authorized by e-mail on 10/31/2016)
                 JONATHAN O. PENA
                 Attorneys for Plaintiff

Date: October 31, 2016       PHILLIP A. TALBERT
                 Acting United States Attorney

                 By *s/ Carolyn B. Chen*
                 CAROLYN B. CHEN
                 Special Assistant U. S. Attorney

                 Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 45-day extension, or until December 15, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

 Dated: **November 1, 2016**      /s/ *Barbara A. McAuliffe*
                    UNITED STATES MAGISTRATE JUDGE