PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KONG PENG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01859-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 8 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 8 days to respond to Plaintiff's motion for summary judgment. The current due date is December 15, 2016. The new due date will be December 23, 2016.

    There is good cause for this request. Defendant is seeking this extension due to a car accident that Defendant's counsel was in and will be taking leave to receive treatment and recover.

    Defendant is requesting additional time up to and including December 23, 2016, to complete Defendant's response to Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Date: December 15, 2016        PENA & BROMBERG, ATTORNEYS AT LAW

                                      *s/ Jonathan O. Pena by C.Chen\**
                                      (As authorized by e-mail on 12/15/2016)
                                      JONATHAN O. PENA
                                      Attorneys for Plaintiff

Date: December 15, 2016        PHILLIP A. TALBERT
                                      United States Attorney

                                      By *s/ Carolyn B. Chen*
                                      CAROLYN B. CHEN
                                      Special Assistant U. S. Attorney

                                      Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an 8-day extension of time, or until December 23, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **December 15, 2016**        /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE